**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| **VIRGIN GRAND ESTATES #60 VILLA ASSOCIATION, a/k/a VIRGIN GRAND ESTATES NO. 60 HOMEOWNERS ASSOCIATION,** | |
| **Plaintiff,** | **CIVIL ACTION NO. 21-CV-00074-RAM-RM** |
| **v.** | |
| **CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON SUBSCRIBING INSURANCE POLICIES NUMBERED: GL-5218-028 AND NO. GL-5740-028; INTER-OCEAN INSURANCE AGENCY, ST. THOMAS, LLC; and RED HOOK AGENCIES, INC.,** | **JURY TRIAL DEMANDED** |
| **Defendants.** | |

**NOTICE OF NO OPPOSITION TO PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON'S MOTION TO DISMISS**

COMES NOW plaintiff who submits that counsel for plaintiff and defendant Certain Underwriters at Lloyd's of London discussed plaintiff's request for additional time to respond to defendant's pending motion to dismiss. Defendant Certain Underwriters at Lloyd's of London has no objection to extending the deadline for plaintiff to respond to this motion until December 31, 2021.

December 13th 2021.

/s/ Douglas B. Chanco
Douglas B. Chanco
V.I. Bar No. 2063
912 Holcomb Bridge Rd. Ste. 203
Roswell, GA 30076
Telephone: (404) 842-0909

Facsimile: (404) 719-4273
Email: doug@csfirm.com

/s/Kenneth R. Behrend
Kenneth R. Behrend
Pro Hac Vice Admitted
The Pittsburgher, Suite 1700
428 Fourth Avenue
Pittsburgh, PA 15219
412-391-4460; 412-391-5073 fax
KRBehrend@BehrendLawGroup.com
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify I electronically filed the foregoing with the clerk of Court using CM/EFC system, which will send a notification to the following:

Scot McChain, Esq.
John Golden, Esq.

/s/ Douglas B. Chanco
Douglas B. Chanco